# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 10, 2014

### NO. 03-13-00770-CV

**Wanda McDonald, Appellant**

**v.**

**Federal National Mortgage Association, Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
## BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
## DISMISSED AS MOOT -- OPINION BY JUSTICE ROSE

This is an appeal from the judgment signed by the trial court on November 8, 2013. Having reviewed the record, it appears that the appeal should be dismissed. Therefore, the Court dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.